IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

ADAM JOHNSON,

  Plaintiff,

v.

GREENFIELD HOLDINGS, LLC and
GREENFIELD EMPLOYEES, LLC,

  Defendants.

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, Defendants state as follows:

  Defendant Greenfield Holdings, LLC's parent company is Medlock Investments, LLC. Defendant Greenfield Employees, LLC's parent company is also Medlock Investments, LLC. No publicly held corporation owns 10% or more of the stock of Greenfield Holdings, LLC or Greenfield Employees, LLC.

Dated this 1st day of August, 2022.

        *s/ Danielle Van Katwyk*
        David C. Gartenberg
        Danielle Van Katwyk
        LITTLER MENDELSON, P.C.
        1900 Sixteenth Street, Suite 800
        Denver, CO 80202
        Telephone: 303.629.6200
        Fax: 303.629.0200
        Email: dgartenberg@littler.com
              dvankatwyk@littler.com

        **Attorneys for Defendants**
        **Greenfield Holdings, LLC and**
        **Greenfield Employees, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2022, I electronically filed the foregoing **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served via U.S. mail on the following:

Leah P. VanLandschoot
Amy Maestas
THE LITIGATION BOUTIQUE LLC
78 W 11th Avenue
Denver, Colorado 80204
lvanlandschoot@thelitbot.com
amaestas@thelitbot.com

**Attorneys for Plaintiff**

        *s/ Elisabeth L. Egan*
        Elisabeth L. Egan

4889-0214-0970.1 / 116977-1001