# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01909-REB-NRN

ADAM JOHNSON,

    Plaintiff,

v.

GREENFIELD HOLDINGS, LLC, a Delaware limited liability company, and
GREENFIELD EMPLOYEES, LLC, a Delaware limited liability company,

    Defendants.

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE DEADLINES

    Plaintiff Adam Johnson and Defendants Greenfield Holdings, LLC and Greenfield Employees, LLC (each a "Party" and collectively the "Parties"), hereby notify this Court that the Parties have settled in principle all claims in this case. The Parties will file a Stipulation for Dismissal with Prejudice once settlement is finalized. Because of this settlement, the Parties request that the Court continue all deadlines in this case to allow the Parties time to complete the Release and file a Stipulation for Dismissal.

    Respectfully submitted this 13th day of September, 2023.

1

*s/ Leah P. VanLandschoot*
Leah P. VanLandschoot
Amy Maestas
THE LITIGATION BOUTIQUE LLC
78 W 11th Avenue
Denver, Colorado 80204
Telephone:
lvanlandschoot@thelitbot.com
amaestas@thelitbot.com

*Attorneys for Plaintiff*

*s/ David C. Gartenberg*
David C. Gartenberg
Danielle Van Katwyk
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303-629-6200
DGartenberg@littler.com
Dvankatwyk@littler.com

*Attorneys for Defendants*