2N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 22-cv-01909-REB-NRN

ADAM JOHNSON, an individual,

    Plaintiff,

v.

GREENFIELD HOLDINGS, LLC, a Delaware limited liability company, and
GREENFIELD EMPLOYEES, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation for Dismissal With Prejudice** [#73][1] filed October 2, 2023. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal With Prejudice** [#73] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the combined Final Pretrial and Trial Preparation Conference set September 12, 2024, and the three day jury trial set to commence October 30, 2024, are vacated; and

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That this case is closed.

Dated October 3, 2023, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge